# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN WAYNE FELDMANN, | Case No. 2:18-cv-00596-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| SAN BERNADINO CO SHERIFF et al., | |
| Defendants. | |

On April 10, 2018, this Court transferred this case to the United States District Court for the Central District of California. (ECF No. 3). Plaintiff now files motions to transfer the case back to this Court and for appointment of counsel. (ECF Nos. 6, 7). The Court denies the motion to transfer this case back. Additionally, the Court denies the motion for appointment of counsel. Plaintiff shall not file any more documents in this closed case.

For the foregoing reasons, it is ordered that the motion to transfer civil cases (ECF No. 6) is denied.

It is further ordered that the motion for appointment of counsel (ECF No. 7) is denied.

Dated: April 24, 2018.

_____
UNITED STATES DISTRICT JUDGE